**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **12-12027-AJC**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Andres Venereo    CO-DEBTOR: _____
Last Four Digits of SS# xxx-xx-5513    Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

    A.    $ __116.66__ for months __1__ to __60__ ;
    B.    $ _____ for months _____ to _____ ;
    C.    $ _____ for months _____ to _____ in order to pay the following creditors:

Administrative:    Attorney's Fee    $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                    TOTAL PAID    $1,500.00
                    Balance Due    $ 2,750.00 payable $ 91.67 month (Months __1__ to __30__ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. __n/a__                                 Arrearage on Petition Date $ _____
Address _____                Arrears Payment $ _____ /month (Months ___ to ___)
                                        Arrears Payment $ _____ /month (Months ___ to ___)
                                        Regular Payment $ _____ /month (Months ___ to ___)

2. _____                               Arrears Payment $ _____
                                          Arrears Payment $ _____ /month (Months ___ to ___)
                                          Regular Payment $ _____ /month (Months ___ to ___)
                                          Arrears Payment $ _____ /month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Chase<br>Loan No. xxxxxxx8902<br>Prop Add: 267 E 11th St<br>Hialeah, FL 33010 | $129,456.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __n/a__                              Total Due $ _____
                                    Payable $ _____ /month (Months ____ to ___)

Unsecured Creditors: Pay $ 13.33 month (Months __1__ to __30__ ). Pay $105.00/mo (Mos 31 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above :The debtor is paying GMAC (Loan No. xxx9995) directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtor
Date: 02/02/12